1

2

3

4

5

6

7

8

9                              IN THE UNITED STATES DISTRICT COURT

10                         FOR THE EASTERN DISTRICT OF CALIFORNIA

11     JAREY STEWART,

12                    Petitioner,              No. CIV S-06-2003 DFL EFB P

13            vs.

14     JAMES YATES, Warden, et al.,

15                    Respondents.             <u>ORDER</u>

16     _____/

17            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18     habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

19     pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).

20     Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

21     a request to proceed in forma pauperis or submit the appropriate filing fee.

22            In accordance with the above, IT IS HEREBY ORDERED that:

23            1.  Petitioner shall submit, within thirty days from the date of this order, an

24     affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

25     petitioner's failure to comply with this order will result in the dismissal of this action; and

26     /////

                                              1

1       2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2  pauperis form used by this district.

3  DATED:  September 12, 2006.

4

5                                  UNITED STATES MAGISTRATE JUDGE

6

7  14/mp

8  stew2003.101a

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26