1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAREY STEWART,

11              Petitioner,                    No. CIV S-06-2003 DFL EFB P

12        vs.

13   JAMES YATES, Warden,

14              Respondents.              <u>ORDER</u>

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed *in forma*

18   *pauperis*.

19              Examination of the *in forma pauperis* application reveals that petitioner is unable

20   to afford the costs of suit.  Accordingly, the application will be granted.  <u>See</u> 28 U.S.C.

21   § 1915(a).

22              Petitioner may be entitled to relief if the claimed violation of constitutional rights

23   is proven, and accordingly, respondents are directed to file a response to petitioner's habeas

24   petition.

25   /////

26   /////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed *in forma pauperis* is granted;

2. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order.  *See* Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  *See* Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED:  November 29, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE