IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAREY STEWART,

    Petitioner,               No. CIV S-06-2003 DFL EFB P

    vs.

JAMES YATES, Warden, et al.,

    Respondents.        ORDER

        /

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 15, 2006, respondent requested an extension of time to file and serve an answer to the petition for writ of habeas corpus. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's December 15, 2006 motion is granted and respondent shall file and serve an answer to the petition for writ of habeas corpus on or before March 3, 2007.

Dated: December 28, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE