IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAREY STEWART,** | CIV S-06-2003 DFL EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES YATES, Warden,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including April 2, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

DATED: March 14, 2007.

_____
EDMUND F. BRENNAN
MAGISTRATE JUDGE

06cv2003.eot.0314.wpd
SA2006303926

Order