IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAREY STEWART,

    Petitioner,                       No. CIV S-06-2003 DFL EFB P

    vs.

JAMES YATES, Warden, et al.,

    Respondents.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 2, 2007, respondent requested a second extension of time to file and serve an answer to the petition for writ of habeas corpus. *See* Fed. R. Civ. P. 6(b). By order March 15, 2007, that request was granted. On April 3, 2007, respondent filed a third request for an extension of time.

    Good cause appearing, it is ORDERED that respondent's April 3, 2007, request is granted and respondent shall file and serve an answer to the petition for writ of habeas corpus on or before May 3, 2007. No further extensions of time will be granted.

Dated: April 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE