IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAREY STEWART,

          Petitioner,                    No. CIV S-06-2003 JAM CHS P

     vs.

JAMES YATES, et al.,

          Respondents.         ORDER

_____/

          Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

          Accordingly, IT IS HEREBY ORDERED that petitioner's March 26, 2009 request for appointment of counsel is denied.

DATED: April 1, 2009

                            _Charlene H. Sorrentino_
                            CHARLENE H. SORRENTINO
                            UNITED STATES MAGISTRATE JUDGE