IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAREY STEWART,

    Petitioner,   No. CIV S-06-2003 JAM CHS P

  vs.

JAMES YATES, et al.,

    Respondents.   <u>ORDER</u>

_____/

    This petition for writ of habeas corpus was denied on March 18, 2009, and is now before the Ninth Circuit Court of Appeals. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: June 3, 2009

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE